444

**Harry B. STILZ, Appellant, v. BETHLE-HEM SHIPBUILDING CORPORA-TION, Limited.**

No. 9068.

Circuit Court of Appeals, Third Circuit.
Argued Nov. 21, 1945.
Decided Jan. 30, 1946.

Harry B. Stilz, pro se, of Philadelphia, Pa., for appellant.

Paul & Paul, of Philadelphia, Pa., for appellee.

Before BIGGS, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

The appellant seeks in effect to set aside a judgment of this court rendered on November 5, 1928, 29 F.2d 156, and has made a motion to such effect. The reasons asserted in support of the motion are inadequate. Accordingly, the motion will be denied.

**Isabele J. BUCKHOLTS et al. v. UNITED STATES of America.**

No. 3278.

Circuit Court of Appeals, Tenth Circuit.
Feb. 12, 1946.

Charles N. Champion and W. F. Semple, both of Tulsa, Okla., and J. I. Pitchford, Co. Atty., L. A. Wallace, and C. M. Gordon, all of Okmulgee, Okl., for appellants.

J. Edward Williams, Acting Head, Lands Division, Roger P. Marquis, Atty., and Fred W. Smith, Atty., Department of Justice, all of Washington, D. C., and Cleon A. Summers, U. S. Atty., and J. W. Crawford, Asst. U.S. Atty., both of Muskogee, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Reversed and remanded pursuant to stipulation of the parties.

**OKLAHOMA RAILWAY COMPANY, Debtor, Robert K. Johnston and A. C. DeBolt, Trustees, v. MISSISSIPPI VALLEY TRUST COMPANY, Claimant and Trustee.**

No. 3274.

Circuit Court of Appeals, Tenth Circuit.
Feb. 12, 1946.

Richardson, Shartel, Cochran & Pruet, of Oklahoma City, Okl., for appellant.

Keaton, Wells & Johnston, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Cross-appeal dismissed on motion of cross-appellant.